# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**565**

**CAF 13-01887**

PRESENT: SMITH, J.P., PERADOTTO, SCONIERS, WHALEN, AND DEJOSEPH, JJ.

---

IN THE MATTER OF BRUCE J. SCROXTON,
PETITIONER-RESPONDENT,

V           ORDER

KAREN SYKES, RESPONDENT-APPELLANT.

---

VENZON LAW FIRM PC, BUFFALO (CATHARINE M. VENZON OF COUNSEL), FOR RESPONDENT-APPELLANT.

JOHN R. SAMUELSON, JAMESTOWN, FOR PETITIONER-RESPONDENT.

-----------------------------------------------------------------------------------------------------------

  Appeal from an order of the Family Court, Chautauqua County (Paul G. Buchanan, A.J.), entered July 2, 2013 in a proceeding pursuant to Family Court Act article 6. The order granted the petition seeking a modification of visitation.

  It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: May 2, 2014        Frances E. Cafarell
                   Clerk of the Court